UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-08064-CR-HURLEY/HOPKINS

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.

**MAVERICK MAHER,**
    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Wednesday, May 27, 2009**, at **11:30 a.m.** in Courtroom 5, at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 23rd day of April, 2009.

**copy furnished:**
AUSA John C. McMillan, Jr.
AFPD Robert E. Adler
United States Marshal's Service
United States Probation Office

                                                                       _____
                                                                         Daniel T. K. Hurley
                                                               United States District Judge